In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of Guardian Casualty Company, Respondent. Claim of Charles Gross, Claim No. PI & PD 174-G, and Claim of Anthony Romanelli, Claim

No. PI & PD 376-G, Claimants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.